U.S. District court At chattanooga Tennessee

Date 6-25-2026

Billy W. Locke ProSe
V.
Steve Ross and polk
county.

## Black mold
## Affidavit of complaint

I am Suing mr. Ross in Both capacitys.

For about and around 1½ to 2 years ago The jail inspectors Told them To change The cilling Tiles in A Pod of This jail, Because they are covered with Black mold. That "I" am very elergic To.

I have Been in This pod Since Febuary 23 of 26 and have Been sick every Since, it has Been costing me around $15.00 Dollers a week For medican, Due To This Black mold Problam, that is what This jail is charging me, Because of Them making me Sick Because They have not Done what The jail inspectors has told them, and Because of Them exposing me To This Black mold, under TCA 68-9-202 it is the countys place To protect The publics health. that is in This jail, T.C.A. Sec. 8-8-201 and 41-4-101 The sheriff is an elected official by county residentns, who has The statutery responsibility For The sofe keeping of "all" prisoners in This jail. The Black mold is a health Hazzard, and is costing me money I Dont have, Plus Health Problams.

(conlusion)

I am suing For the negligence acts of the sheriff and county, The mentel and emotional Pain and Suffing medical expenses of Past and Future nature. I get head achs, conSTRnt sneezing, runny nose, ichy eyes and I just cant Decribe The way that it makes me feel, This is in violation of my 8th Amend curle Punishmint, 5th Due Proc AND I am suing for all such other relief, both general and Specific, To which I may be entitled To under The Premises Pursuant To applicable law.


I hereby Seek $75.000 from each, the Sheriff and the county


Billy w. Locke #135987
Polk co. Jail
po Box 1189
Benton, TN. 37307



ReSPectfully
Billy Both



Billy Locke # 175997
Polk Co. Jail
Po Box 1189
Benton TN 37307

Legal mail

Polk County has neither inspected nor censored and is not responsible for contents

EE CHATTANOOGA TN 373

1 JUL 2026 AM 2 L

( 2 of 4 )

U.S. District court clerks

Georgia Ave. Room 309

Chattanooga TN. 37402

USA ★ FOREVER

RAYED

Case 1:26-cv-00181-DCLC-MJD   Document 2   Filed 07/01/26   Page 3 of 3   PageID #: 7